1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   TINA MARIE ROJAS,                    )    Case No.: 1:25-cv-0673 JLT EPG
                                          )
12                    Plaintiff,          )    ORDER REMANDING THE MATTER
                                          )    PURSUANT TO SENTENCE FOUR OF 42 U.S.C.
13           v.                           )    § 405(g) AND DIRECTING ENTRY OF
                                          )    JUDGMENT IN FAVOR OF PLAINTIFF AND
14   FRANK BISIGNANO,                     )    AGAINST DEFENDANT
     Commissioner of Social Security[1],  )
15                                        )    (Doc. 11)
                                          )
16                    Defendant.          )
                                          )
17   _____ )

18           Tina Marie Rojas and Frank Bisignano, Commissioner of Social Security, stipulated to a

19   voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

20   (Doc. 11 at 1.)  Pursuant to the stipulation, the final decision of the Commissioner is reversed. (*Id.*)

21   Upon remand, the administrative law judge shall issue a new decision.  (*Id.*)  In addition, the parties

22   agree the Court should enter judgment in favor of Plaintiff and against the Commissioner.  (*Id.*)  Thus,

23   the Court **ORDERS**:

24           1.      The matter is **REMANDED** for further administrative proceedings under sentence four

25                   of 42 U.S.C. § 405(g).

26   ///

27

28   _____
     [1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

                                          1

2.    The Clerk of Court is directed to enter judgment in favor of Plaintiff Tina Marie Rojas and against Defendant Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated:    **August 3, 2025**

UNITED STATES DISTRICT JUDGE