# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE ROJAS, | ) Case No.: 1:25-cv-0673 JLT EPG |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | ) |
| FRANK BISIGNANO, Commissioner of Social Security, | ) (Doc. 14) |
| Defendant. | ) |

Tina Marie Rojas and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $2,200.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 14 at 1-3.)  Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $2,200.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **August 22, 2025**

UNITED STATES DISTRICT JUDGE

1